**Order entered June 16, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00812-CV

### SHAMELYA ETIER, Appellant

### V.

### SHAHNOOR CHISTI, ET AL., Appellees

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-21-03220-C

## ORDER

Before the Court is appellant's June 14, 2022 motion for dismissal. We construe the motion as a supplemental brief and will submit it along with appellant's initial brief to the submissions panel.

Also before the Court is appellant's June 14, 2022 request for judicial notice that appellees did not serve her with their brief or motion to expedite. We note that those documents contain a certificate of service to her email address. However, the "Automated Certificate of eService" on the last page of the documents do not

include her email address. Rule 9.5(b)(1) requires that a document filed electronically be served electronically through the electronic filing manager if the email address of the party to be served is on file with the electronic filing manager. *See* TEX. R. APP. P. 9.5(b)(1). Appellant e-files her documents with this Court so her address is on file with the electronic filing manager. We **DENY** appellant's request for judicial notice. We caution appellees that all future filings with this Court must comply with rule 9.5(b)(1). *See id.*

/s/    BONNIE LEE GOLDSTEIN
JUSTICE